UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ERIC ERICSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-00178-JAW |
| | ) | |
| MARTIN MAGNUSSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 4, 2012, Eric Ericson filed a complaint under 42 U.S.C. § 1983 against Martin Magnusson and other state of Maine officials and agents, alleging that they have violated his religious rights, disability status, and medical and legal needs. *Compl.* (ECF No. 1). On July 16, 2012, Mr. Ericson demanded that the Court issue a preliminary injunction, *Mot. for Prelim. Inj.* (ECF No. 16), and on August 6, 2012, he filed a motion for temporary restraining order (TRO). *Mot. for TRO* (ECF No. 25). On August 8, 2012, the Magistrate Judge recommended that the Court deny Mr. Ericson's requests for TRO and preliminary injunction. *Recommended Decision Re*: *Mot. for Prelim. Inj.* (*ECF No. 16*) *and Mot. for TRO (ECF No. 25)* (ECF No. 29). On August 16, 2012, Mr. Ericson objected to the Magistrate Judge's Recommended Decision and attached multiple exhibits. *Resp. to Recommended Decision* (ECF No. 32).

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a de novo determination of all matters adjudicated therein. The Court has not, however, considered all of the exhibits that Mr. Ericson attached to his objection to the extent they were not made available to the Magistrate Judge. *Fireman's Ins. Co. v. Todesca Equip. Co., Inc.*, 310 F.2d 4, 6 (1st Cir. 2002); *see Borden v. Sec'y of Health and Human Serv.*, 836 F.2d 4, 6 (1st Cir. 1987) ("Parties must take before the magistrate, 'not only their "best shot," but all of their shots'") (quoting *Singh v. Superintending Sch. Comm.*, 593 F. Supp. 1315, 1318 (D. Me. 1984)). The Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in her Recommended Decision and determines that no further proceeding is necessary.

1. The Court AFFIRMS the Recommended Decision of the Magistrate Judge;

2. The Court DENIES the Plaintiff's Motion for Preliminary Injunction (ECF No. 16); and,

3. The Court DENIES the Plaintiff's Motion for Temporary Restraining Order (ECF No. 25).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2012